THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYAN ESMOND, RONALD MORAN, and
JOSEPH NETTLES,

                    Plaintiffs,

    v.

BRIDGEVIEW FINANCE LLC, and SARAH
REARDON,

                    Defendants.

Case No. 3:23-cv-05664-MLP

**STIPULATED MOTION TO EXTEND
ALL DEADLINES**

NOTE ON MOTION CALENDAR:
November 13, 2023

## <u>STIPULATION</u>

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs, Bryan Esmond, Ronald Moran, and Joseph Nettles, and Defendants, Bridgeview Finance, LLC and Sarah Reardon (together "the Parties"), STIPULATE AND AGREE to extend all deadlines, including the deadline for Defendants to move, answer, or otherwise respond to the Complaint, to November 20, 2023.

The stipulation is based on the following:

WHEREAS, Plaintiffs filed their Complaint in this action on July 24, 2023;

WHEREAS, since the Complaint was filed Counsel for the Parties have engaged in significant discussions regarding resolving this matter and the Parties remain hopeful that a resolution will be reached soon. The Parties believe an additional brief extension of time will

1   further assist good faith discussions and determine whether a resolution can be reached and, if so,

2   to agree on the principal terms of such a resolution;

3       WHEREAS, the previous Stipulated Motion to Extend All Deadlines (Dkt. No. 18)

4   extended all of the dates in the Court's Initial Scheduling Order (Dkt. No. 12) to November 27,

5   2023 and the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's

6   Complaint to November 13, 2023;

7       WHEREAS, in order to provide the Parties with additional time to attempt to resolve this

8   matter without the unnecessary time and costs associated with a response to Plaintiffs' Complaint,

9   the Parties stipulate and agree that the deadline for Defendants to move, answer, or otherwise

10  respond to Plaintiff's Complaint will be November 20, 2023;

11      WHEREAS, the granting of this Motion will not prejudice any party, as Plaintiffs have

12  agreed to this extension, and this extension is being sought in good faith and not for delay or any

13  other improper purpose.

14      NOW THEREFORE, the Parties stipulate to the following:

15      1.      To extend the deadline for Defendants to move, answer, or otherwise respond to

16  the Complaint to **November 20, 2023**.

17      2.      The Parties agree to complete their deadlines for an FRCP 26(f) Conference,

18  Inidial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), and Combined Joint Status Report and

19  Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) by **December 4,**

20  **2023**.

21      3.      This Stipulation and Order shall not operate as an admission of any factual

22  allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim

23  or objection.

24      **STIPULATED AND AGREED TO** this 13th day of November, 2023.

25

26

1

**LAWHQ, PC**                                    **MORGAN, LEWIS & BOCKIUS LLP**

2

By: *s/ Conner Spani*                            By: *s/ Austin Popham*

3
Conner Spani, WSBA #58788                        Austin Popham, WSBA #59193
299 S. Main Street, Suite #1300                  1301 Second Avenue, Suite 2800

4
Salt Lake City, UT 84111                         Seattle, WA 98101
Phone: (385) 285-1090                            Phone: (206) 274-6400

5
Email: conner.spani@lawhq.com                    Email:   austin.popham@morganlewis.com

6
*Attorney for Plaintiffs*                        Brian C. Frontino (*Pro Hac Vice to be

7
                                                 submitted*)
                                                 600 Brickell Avenue, Suite #1600

8
                                                 Miami, FL 33131-3075
                                                 Phone: (305) 415-3313

9
                                                 Email: brian.frontino@morganlewis.com

10
                                                 *Attorneys for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS SO ORDERED.

DATED: November 14, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Austin Popham*
Austin Popham, WSBA #59193
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email:   austin.popham@morganlewis.com

Brian C. Frontino (*Pro Hac Vice to be submitted*)
600 Brickell Avenue, Suite #1600
Miami, FL 33131-3075
Phone: (305) 415-3313
Email: brian.frontino@morganlewis.com

*Attorneys for Defendants*

**LAWHQ, PC**

By: *s/ Conner Spani*
Conner Spani, WSBA #58788
299 S. Main Street, Suite #1300
Salt Lake City, UT 84111
Phone: (385) 285-1090
Email: conner.spani@lawhq.com

*Attorney for Plaintiffs*

STIPULATED MOTION TO EXTEND ALL
DEADLINES - 4
(Case No. 3:23-cv-05664-MLP)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401